UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLIE GARRETT, | No. 2:14-cv-1973 JAM KJN P (TEMP) |
| Petitioner, | |
| v. | ORDER |
| R. GROUNDS, Wardem. | |
| Respondent. | |

Petitioner has filed a document entitled "Objections to Magistrates Judge's Order Dated 6/23/2016," which this court construes as a second request for extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 42) is granted; and

2. Petitioner shall file a traverse within sixty days from the date of this order.

Dated: July 22, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Garrett1973.ext;dmou(2)