UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLIE GARRETT,<br><br>    Petitioner,<br><br>    v.<br><br>R. GROUNDS, Warden,<br><br>    Respondent. | No. 2:14-cv-1973 JAM DB P |
| ALONZO HAMILTON,<br><br>    Petitioner,<br><br>    v.<br><br>R. GROUNDS, Warden,<br><br>    Respondent. | No. 2:14-cv-1985 KJN P<br><br>ORDER |

Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). The actions involve the same property, transaction or event and similar questions of fact and the same question of law. The petitioners were co-defendants in the underlying criminal action. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

1

1       The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.  This order is issued for informational purposes only, and shall have no effect on the status of the cases.

      Therefore, IT IS ORDERED that the action denominated as 2:14-cv-1985 is reassigned to Magistrate Judge Deborah Barnes for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:14-cv-1985 DB.

      IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

      IT IS SO ORDERED.

DATED: May 26, 2017                  /s/ John A. Mendez_____

                                                  UNITED STATES DISTRICT COURT JUDGE