UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLIE GARRETT, III,<br><br>    Petitioner,<br><br>    v.<br><br>R. GROUNDS,<br><br>    Respondent. | No. 2:14-cv-1973 JAM DB P<br><br>ORDER |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. In an order filed May 15, 2017, petitioner's petition filed in case no. 2:17-cv-0930 EFB was construed as a motion to amend the petition in the present action.

Within thirty days of the date of this order, respondent shall file a response to the motion to amend. Within twenty days of service of respondent's response, petitioner may file a reply.

IT IS SO ORDERED.

DATED: May 30, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/garr1973.mta oppo

1